RUCKER, Collector, v. COCO–COLA CO. (Circuit Court of Appeals, Fifth Circuit. October 17, 1903.) No. 1,239. In Error to the Circuit Court of the United States for the Northern District of Georgia. E. A. Angier, Geo. L. Bell, and C. D. Camp, for plaintiff in error. Reuben R. Arnold, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As we find that the taxable character of Coco-Cola, under the revenue act, was settled adversely to the United States in the former ad-

judication (117 Fed. 1006, 54 C. C. A. 248), duly pleaded on the trial, the record herein presents no reversible error, and the judgment of the Circuit Court is affirmed.